IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States

v.

Julian Gray,

      Defendant

Civil Action No.: SAG-21-0209

\* \* \* \* \*

**<u>ORDER</u>**

It is hereby ORDERED that this case be UNSEALED.  A copy of this order shall be mailed to Defendant Gray and counsel for the government.

SO ORDERED this 10th day of January, 2025.

       /s/
Stephanie A. Gallagher
United States District Judge